AUGUSTUS HEMENWAY, APPELLANT, *v.* WILLIAM S. WILSON AND OTHERS, EXECUTORS, ETC., RESPONDENTS.

APPEAL from a judgment, entered on the report of a referee, dismissing the plaintiff's complaint.

The appellant claimed that the findings of the referee were not sustained by the evidence, but the General Term were of opinion that they were, and that the judgment should be affirmed.

*F. B. Candler*, for the appellant.

*Charles Tracy*, for the respondents.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Judgment affirmed.